Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 12−18376−jps**

**In re:**

| | |
|---|---|
| Renee L. Hillyer<br>1493 Lakeview Avenue<br>Madison, OH 44057 | Jerry L. Hillyer II<br>1493 Lakeview Avenue<br>Madison, OH 44057 |

**Social Security No.:**

xxx−xx−7418                              xxx−xx−8777

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Alan J Treinish is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** September 18, 2013                              **BY THE COURT**
Form ohnb136a                                              /s/ Jessica E. Price Smith
                                                           United States Bankruptcy Judge